UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

**v.**                                         **Case No. 1:25-cv-159-TKW-HTC**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3) and Plaintiff's motion for reconsideration (Doc. 4). The Court will treat the motion for reconsideration as an objection under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2).

Upon due consideration of the Report and Recommendation and the motion for reconsideration, the Court agrees with the magistrate judge's determination that this case should be dismissed as duplicative of Case No. 1:25cv108. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED** as duplicative.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**